UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADRIAN L. RUSSELL,

    Plaintiff,

v.                                Case No. 3:23cv434-LC-HTC

CITY OF MILTON, FL,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 18, 2023, (ECF No. 4), recommending dismissal under 28 U.S.C. § 1915(g) based on Plaintiff's three-striker status and failure to pay the full filing fee, as well as for Plaintiff's failure to truthfully disclose his litigation history, which constitutes malicious conduct under 28 U.S.C. § 1915A(b)(1). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g), as well as for being malicious given Plaintiff's failure to truthfully disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of March, 2023.

       *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv434-LC-HTC